■ In the Matter of the Arbitration between THERESA COSTANZI et al., Respondents, and ANTHONY COSTANZI, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 3 A D 2d 921.]

■ JOHN J. KELLY et al., Respondents, v. CHESTER YANNOTTI et al., Co-Partners Doing Business under the Name of Y. & F. LANDSCAPING COMPANY, Defendant, and Y. & F. LANDSCAPING Co., INC., Defendant and Third-Party Plaintiff-Respondent. ÆTNA CASUALTY & SURETY COMPANY, Third-Party Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See *ante*, p. 767.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN A. BRIT-TING, EDNA B. BRITTING, ALBERT G. GLASS and DIANA GLASS, Defendants.— Motion by defendants Britting to dismiss an indictment returned by the Grand Jury of the Extraordinary Trial and Special Term of the Supreme Court of Suffolk County. The motion is made on the ground that no precept was issued by the district attorney to the sheriff pursuant to section 222-a of the Code of Criminal Procedure. Motion denied. (See *People* v. *Carter,* 4 A D 2d 879.) Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.